UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK M. FOLEY** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**MIDLAND CREDIT MANAGEMENT** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 02-CV-4441** |

## PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED

TO THE CLERK OF COURT:

Please mark the above matter settled, discontinued and ended with prejudice.

                                           **FRANCIS & MAILMAN, P.C.**

                                           BY:_____
                                                JAMES A. FRANCIS, ESQUIRE
                                                MARK D. MAILMAN, ESQUIRE
                                                Attorneys for Plaintiff
                                                Land Title Building, 19th Floor
                                                100 South Broad Street
                                                Philadelphia, PA 19110
                                                (215) 735-8600

Dated: September 26, 2003